**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-03281-LTB-KMT

MARIA C. LOPEZ,

       Plaintiff,

v.

WALGREENS CO., d/b/a WALGREENS, d/b/a WALGREENS #04667

       Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal (Doc 23 - filed July 26, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                      BY THE COURT:

                        s/Lewis T. Babcock
                      Lewis T. Babcock, Judge

DATED:   July 27, 2012